ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           :     INFORMATION

        - v. -                     :     07 CRIM 725

HILLARY AGBASIONWE,                :

            Defendant.             :

------------------------------------x

COUNT ONE

The United States Attorney charges:

On or about March 15, 2007, in the Southern District of New York and elsewhere, HILLARY AGBASIONWE, the defendant, unlawfully, willfully, and knowingly, while having custody and control of counterfeits of obligations and other securities of the United States and other things, failed and refused to surrender possession of such counterfeits upon request by authorized agents of the Treasury Department, and other proper officers, to wit, AGBASIONWE possessed approximately $7700 in counterfeit United States currency, and, when ordered by New York City Police Department officers to surrender the counterfeit bills, refused to do so.

(Title 18, United States Code, Section 492.)

MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 6 2007