**FLAMHAFT LEVY KAMINS HIRSCH & RENDEIRO LLP**
COUNSELORS AT LAW
SUITE 3301
16 COURT STREET · BROOKLYN, N.Y. 11241

(718) 237-1900 FAX (718) 624-5626
EMAIL: LAWYERS@FLKHLaw.com
WEBSITE: FLKHLAW.COM

STEPHEN FLAMHAFT
HAROLD L. LEVY
BARRY KAMINS
MARVIN HIRSCH
ANDREW S. RENDEIRO

NASSAU COUNTY OFFICE
SUITE 600
170 OLD COUNTRY ROAD
MINEOLA. N.Y. 11501
(516) 248-5522

HON. EDWARD M. RAPPAPORT
COUNSEL

December 14, 2007

Hon. Douglas F. Eaton
U.S. District Court Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: U.S. v. Hillary Agbasionwe
07 Cr 725-01 (DFE) (WHP)

Dear Judge Eaton:

  I am writing to respectfully request permission from your Honor to adjourn Mr. Agbasionwe's sentencing scheduled for December 19, 2007 at 10:00 a.m. to investigate errors in the Pre-Sentence Report and for Probation Officer Kim to verify certain information provided by me to him in regard to Mr. Agbasionwe. I've spoken to Assistant U.S. Attorney Polite and he has agreed, on behalf of the government, to a month adjournment for this sentencing.

Respectfully submitted,

FLAMHAFT LEVY KAMINS HIRSCH & RENDEIRO LLP

*[signature]*

Stephen Flamhaft

SF/ef

cc: Kenneth Polite, Esq.
   Assistant U.S. Attorney

   Johnny Kim
   U.S. Probation